# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States of America v. Suquilanda**   Docket No.: **22-1197**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nicholas D. Espiritu

Firm: National Immigration Law Center

Address: 3435 Wilshire Blvd., No. 108-62

Telephone: (213) 639-3900   Fax: (213) 639-3911

E-mail: espiritu@nilc.org

Appearance for: Amici curiae National Immigration Law Center, et al.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support of: Defendant-Appellant )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Nicholas D. Espiritu

Type or Print Name: Nicholas D. Espiritu