

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2024

**By CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Manuel Antonio Suquilanda*
     Docket No. 22-1197
     Argued October 23, 2023
     Panel: Newman, Lee, Nathan, JJ.

Dear Ms. Wolfe:

  The Government respectfully submits this letter pursuant to Federal Rule of Appellate Procedure 28(j) letter to advise the Court of *United States v. Sanchez-Garcia*, --- F. 4th ---, 2024 WL 1453397 (4th Cir. Apr. 4, 2024).

  In *Sanchez-Garcia*, the Fourth Circuit joined the Third, Fifth and Ninth Circuits in rejecting the claim that 18 U.S.C. § 1326 violates the Equal Protection Clause under any possible standard of scrutiny. *Id.* at *2-*8. The court did so for substantially the same reasons explained by the other circuits to reach this question and advanced by the Government here. *See id.* The Fourth Circuit's decision thus supports the Government's argument that this Court should join the uniform view of the circuit courts and reject Suquilanda's equal protection challenge to Section 1326. (*See* Gov. Br. 29-57).

Catherine O'Hagan Wolfe
April 10, 2024
Page 2 of 2

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                              By:    /s/
                                          Jane Y. Chong
                                          Hagan Scotten
                                          Assistant United States Attorneys
                                          Tel: (212) 637-2263 / 2410

cc:    Barry D. Leiwant, Esq.
        Allegra Glashausser, Esq.
        S. Isaac Wheeler, Esq.
        Erwin Chemerinsky, Esq.